MICHAEL MACHROVICZ, Respondent, *v.* BRONX ROAD ASSOCIATES, INC., et al., Defendants, and LOUIS MASCIA, Appellant.

(Argued April 19, 1934; decided May 22, 1934.)

*Daniel Mungall* for appellant.

*Charles E. Howell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.